DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHARA COOPER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3012

[November 21, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Colbath, Judge; L.T. Case No. 50-2006-CF-004008-AXXX-MB.

Shara Cooper, Ocala, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***